

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00448-CR

## EX PARTE HOWARD LEWIS

**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 1326736**

## ORDER

A supplemental clerk's record was filed containing the trial court's order signed

on February 3, 2014 denying appellant's application for writ of habeas corpus.

The State's brief is due 20 days from the date of this order.


PER CURIAM


Before Chief Justice Gray,
         Justice Davis, and
         Justice Scoggins
Order issued and filed February 27, 2014